Thomas M. Herlihy (SBN 83615)
Laura E. Fannon (SBN 111500)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4602
Telephone: (415) 951-0535
Facsimile: (415) 391-7808

Attorneys for Defendant
PENN TREATY NETWORK AMERICA INSURANCE
COMPANY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GLORIA McCARROLL,

                    Plaintiff,

          vs.

PENN TREATY NETWORK
AMERICA INSURANCE COMPANY,
and DOES 1 through 10, inclusive,

                    Defendants.

CASE NO. 5:07-cv-05025-HRL

**STIPULATION RE EXTENSION OF
TIME FOR DEFENDANT TO ANSWER,
MOVE OR OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT**

STIPULATION RE EXTENSION OF TIME

NY1:\1517864\01\WJ6W01!.DOC\67442.0016

1

**STIPULATION**

2      Pursuant to Local Rule 6-1(a), plaintiff Gloria McCarroll and defendant Penn Treaty

3 Network America Insurance Company, by and through their respective counsel, hereby stipulate

4 and agree that defendant shall have an extension of time, to and including November 22, 2007, to

5 answer, move or otherwise respond to the Complaint.

6      **IT IS SO STIPULATED.**

7

8 Dated: October 1, 2007                    KELLY, HERLIHY & KLEIN, LLP

9

10                                          By:_____/s/_____
                                                        Laura E. Fannon
11                                                      Attorneys for Defendants
                                                        PENN TREATY NETWORK AMERICA
12                                                      INSURANCE COMPANY

13

14 Dated: October 1, 2007                   FLYNN, ROSE & PERKINS

15

16                                          By:_____/s/_____
                                                        Gary S. Rose
17                                                      Attorneys for Plaintiff
                                                        GLORIA MCCARROLL

18

19 E:\27228\P01

20

21

22

23

24

25

26

27

28

STIPULATION RE EXTENSION OF TIME