THOMAS M. HERLIHY (SBN 83615)
Laura E. Fannon (SBN 111500)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.:  (415) 951-0535
Fax:  (415) 391-7808
Email: herlihy@kelher.com
        fannon@kelher.com

Attorneys for Defendant
PENN TREATY NETWORK AMERICA
INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA McCARROLL,<br><br>            Plaintiff,<br><br>      vs.<br><br>PENN TREATY NETWORK<br>AMERICA INSURANCE COMPANY,<br>and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No.: C07-5025 HRL<br><br>**CERTIFICATE OF SERVICE OF<br>NOTICE OF REMOVAL AND<br>ACCOMPANYING U.S. DISTRICT<br>COURT DOCUMENTS** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    I, ZHANNA KOPYLOV, declare:

2    I am employed in the City and County of San Francisco, State of California. My business

     address is 44 Montgomery Street, Suite 2500, San Francisco, California 94104. I am over the

3    age of 18 years and not a party to the foregoing action.

4    On October 1, 2007, I served a copy of the **NOTICE OF REMOVAL OF CIVIL**

5    **ACTION TO FEDERAL COURT; DECLARATION OF THOMAS M. HERLIHY IN**

6    **SUPPORT OF DEFENDANT'S REMOVAL**, on the interested parties in this action, along

7    with the following documents:

8         1.    U.S. District Court Northern California ECF Registration Information

9               Handout;

          2.    Welcome to the U.S. District Court, San Jose Division, handout;

10        3.    Notice of Assignment of Case to a United States Magistrate Judge;

11        4.    Consent to Proceed Before a United States Magistrate Judge;

12        5.    Declination to Proceed Before a Magistrate Judge and Request for

13              Reassignment to a United States District Judge;

14        6.    Order Setting Initial Case Management Conference and ADR Deadlines;

15        7.    Standing Order re Initial Case Management and Discovery Disputes;

16        8.    Standing Order for All Judges of the Northern District of California;

17        9.    Public Notice; and

18        10.   Certificate of Interested Parties

19   by depositing a true copy thereof in a sealed packet for overnight delivery, with charges thereon
     fully prepaid, in a Federal Express collection box, at San Francisco, California, and addressed as
20   set forth below

21   Gary S. Rose, Esq.                                  Attorney(s) for Plaintiff GLORIA
22   Flynn, Rose & Perkins                               McCARROLL
     59 N. Santa Cruz Avenue, Suite Q
23   Los Gatos, CA 95030

24
         I declare under penalty of perjury and the laws of the State of California that the
25
     foregoing is true and correct and that this declaration was executed on October 1, 2007, at San
26
     Francisco, California.
27
                                              _____
28                                                  ZHANNA KOPYLOV

                                          -1-