1  GARY S. ROSE, Calif. Bar #83744
   FLYNN, ROSE & PERKINS
2  59 North Santa Cruz Avenue, Suite Q
   Los Gatos, California 95030
3  (408) 399-4566
   (408) 399-6683 – Fax
4  E-mail gsroselaw@hotmail.com

5  Attorneys for Plaintiff
   GLORIA McCARROLL
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10
   GLORIA McCARROLL,                )    Case No.  507 CV 05025-HRL
11                                   )
                                     )
12              Plaintiff,           )    DEMAND FOR JURY TRIAL
                                     )
13   vs.                             )
                                     )
14   PENN TREATY NETWORK AMERICA     )
     INSURANCE COMPANY, and DOES 1   )
15   through 10, inclusive,          )
                                     )
16              Defendants.          )
                                     )
17   _____)

18          PLEASE TAKE NOTICE that, pursuant to Rule 38(b) of the Federal Rules of Civil

19   Procedure, Plaintiff Gloria McCarroll hereby demands a jury trial in the above-entitled action.

20
     DATE: October 3, 2007                    FLYNN, ROSE & PERKINS
21

22
                                              By  /s/ Gary S. Rose
23                                               GARY S. ROSE
                                                 Attorney for Plaintiff GLORIA
24                                               McCARROLL

25

26

27

28