KELLY, HERLIHY & KLEIN LLP
ATTORNEYS AT LAW
44 MONTGOMERY STREET
SUITE 2500
SAN FRANCISCO, CALIFORNIA 94104-4712

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GLORIA McCARROLL,

    Plaintiff(s),

v.

PENN TREATY NETWORK AMERICA INSURANCE COMPANY, and DOES 1 through 10, inclusive,

    Defendant(s).

No. C 07-5025 HRL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**AND**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: November 14, 2007

Signature _____
SBN 111500
Counsel for Defendant PENN TREATY
(Plaintiff, Defendant, or indicate "pro se")