UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Gloria McCarroll,<br><br>        Plaintiff,<br><br>  v.<br><br>Penn Treaty Network American Insurance Co.,<br><br>        Defendant.<br>_____/ | No. C07-05025<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

       The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

       PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for January 15, 2008 before the Honorable Judge Howard R. Lloyd has been continued to **January 18, 2008 at 10:30 a.m..**, before the Honorable Judge Jeremy Fogel.  Parties are to appear in courtroom #3, 5th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are to submit a Joint Case Management Statement on January 4, 2008.

       If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5166, so as to take this matter off calendar.

Dated: November 16, 2007                        RICHARD W. WIEKING, Clerk
                                                     United States District Court

                                                             /s/ *Patty Cromwell*
                                                         By: Patty Cromwell, Courtroom Deputy
                                                         to Magistrate Judge Howard R. Lloyd

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Laura E. Fannon    fannon@kelher.com

Thomas M. Herlihy    herlihy@kelher.com

Gary S. Rose , Esq    gsroselaw@hotmail.com