**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113

_____

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
408.535.5364

November 16, 2007

CASE NUMBER:  CV 07-05025 HRL
CASE TITLE:  GLORIA MCCARROLL-v-PENN TREATY NETWORK

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  Case assigned to the **Honorable Jeremy Fogel** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JF** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 11/15/07

FOR THE EXECUTIVE COMMITTEE:

_____
Richard W. Wieking
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies           Special Projects
Log Book Noted                          Entered in Computer 11/16/07 tsh

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                 Transferor CSA