Thomas M. Herlihy (SBN 83615)
Laura E. Fannon (SBN 111500)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4602
Telephone: (415) 951-0535
Facsimile: (415) 391-7808

Attorneys for Defendant
PENN TREATY NETWORK AMERICA INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA McCARROLL,<br><br>             Plaintiff,<br><br>   vs.<br><br>PENN TREATY NETWORK<br>AMERICA INSURANCE COMPANY,<br>and DOES 1 through 10, inclusive,<br><br>             Defendants. | CASE NO. 5:07-cv-05025-JF<br><br>**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

STIPULATION RE EXTENSION OF TIME

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## STIPULATION

Pursuant to Local Rule 6-1(a), plaintiff Gloria McCarroll and defendant Penn Treaty Network America Insurance Company, by and through their respective counsel, hereby stipulate and agree that defendant shall have an extension of time, to and including November 30, 2007, to answer, move or otherwise respond to the Complaint.

**IT IS SO STIPULATED.**

Dated: November 21, 2007          KELLY, HERLIHY & KLEIN, LLP

By:_____/s/_____
                    Laura E. Fannon
                    Attorneys for Defendants
                    PENN TREATY NETWORK AMERICA
                    INSURANCE COMPANY

Dated: November 21, 2007          FLYNN, ROSE & PERKINS

By:_____/s/_____
                    Gary S. Rose
                    Attorneys for Plaintiff
                    GLORIA MCCARROLL

E:\27228\P07

STIPULATION RE EXTENSION OF TIME

2