1  Thomas M. Herlihy (SBN 83615)
   Laura E. Fannon (SBN 111500)
   KELLY, HERLIHY & KLEIN LLP
2  44 Montgomery Street, Suite 2500
   San Francisco, CA 94104-4602
3  Telephone:  (415) 951-0535
   Facsimile:  (415) 391-7808
4

   Attorneys for Defendant
5  PENN TREATY NETWORK AMERICA INSURANCE
   COMPANY
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  GLORIA McCARROLL,                    CASE NO.  5:07-cv-05025-JF

12              Plaintiff,
                                         **STIPULATION RE EXTENSION OF
13         vs.                           TIME FOR DEFENDANT TO ANSWER,
                                         MOVE OR OTHERWISE RESPOND TO
14  PENN TREATY NETWORK                  PLAINTIFF'S COMPLAINT**
    AMERICA INSURANCE COMPANY,
15  and DOES 1 through 10, inclusive,

16              Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

# **STIPULATION**

Pursuant to Local Rule 6-1(a), plaintiff Gloria McCarroll and defendant Penn Treaty Network America Insurance Company, by and through their respective counsel, hereby stipulate and agree that defendant shall have a further extension of time, to and including December 14, 2007, to answer, move or otherwise respond to the Complaint. This further extension is needed because the parties are very near settlement and are concluding their negotiations. The parties believe that this further extension will preserve the court's resources by avoiding unnecessary motion practice or other pleadings that would be required in the absence of this further extension. No modification of any court deadlines will be occasioned by this extension.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: November 30, 2007			KELLY, HERLIHY & KLEIN, LLP


By:_____/s/_____
      Laura E. Fannon
      Attorneys for Defendants
      PENN TREATY NETWORK AMERICA
      INSURANCE COMPANY


Dated: November 30, 2007			FLYNN, ROSE & PERKINS


By:_____/s/_____
      Gary S. Rose
      Attorneys for Plaintiff
      GLORIA MCCARROLL


E:\27228\P08

2

STIPULATION EXTENDING TIME FOR RESPONSE TO COMPLAINT
			CASE NO. 5:07-cv-05025-JF