Thomas M. Herlihy (SBN 83615)
Laura E. Fannon (SBN 111500)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4602
Telephone: (415) 951-0535
Facsimile: (415) 391-7808

Attorneys for Defendant
PENN TREATY NETWORK AMERICA INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA McCARROLL,<br><br>          Plaintiff,<br><br>     vs.<br><br>PENN TREATY NETWORK AMERICA INSURANCE COMPANY, and DOES 1 through 10, inclusive,<br><br>          Defendants. | CASE NO. 5:07-cv-05025-JF<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that a settlement has been reached in this matter. The parties expect to be able to file a stipulation of dismissal of this entire action with prejudice within 14 days of the date of this notice.

Dated: December 14, 2007                KELLY, HERLIHY & KLEIN, LLP

                                        By:          /s/
                                              Laura E. Fannon
                                              Attorneys for Defendants
                                              PENN TREATY NETWORK AMERICA
                                              INSURANCE COMPANY

Dated: December 14, 2007                FLYNN, ROSE & PERKINS

                                        By:          /s/
                                              Gary S. Rose
                                              Attorneys for Plaintiff
                                              GLORIA MCCARROLL

E:\27228\P09