1
2
3                                                    **E-filed 1/4/08**
4
5
6
7
8                **IN THE UNITED STATES DISTRICT COURT**
9              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10                        **SAN JOSE DIVISION**
11
12                                          Case No. CV-07-5025-JF
     GLORIA McCARROLL,
13                                          ORDER OF DISMISSAL
                   Plaintiff,
14
               v.
15
16   PENN TREATY NETWORK AMERICA
     INSURANCE CO., et al.,
17
                   Defendants.
18
19
20
21       On December 14, 2007, the parties hereto, by their counsel,
22   have advised the Court that they have agreed to a settlement of
     this case.
23
         IT IS HEREBY ORDERED that this cause be dismissed with
24
     prejudice; however, that if any party hereto shall certify to
25
     this Court, within ninety days, with proof of service of a copy
26
     thereof, that the agreed consideration for said settlement has
27
     not been delivered over, the foregoing ORDER SHALL STAND VACATED
28

ORDER OF DISMISSAL

1  and this cause shall forthwith be restored to the calendar to be

2

3  set for trial.

4

5

6  DATED: 1/4/08

7                                    /s/ electronic signature

8                                    _____

9                                    JEREMY FOGEL
                                     United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER OF DISMISSAL