1  KELLY, HERLIHY & KLEIN LLP
   Thomas M. Herlihy (SBN 836115)
2  E-mail: herlihy@kelher.com
   Laura E. Fannon (SBN 111500)
3  E-mail: fannon@kelher.com
   44 Montgomery Street, Suite 2500
4  San Francisco, CA 94104-4602
   Telephone:  (415) 951-0535
5  Facsimile:  (415) 391-7808

*Attorneys for Defendant*
PENN TREATY NETWORK AMERICA INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GLORIA McCARROLL, | No.  5:07-CV-05025-JF |
|---|---|
| Plaintiff, | Hon. Jeremy Fogel |
| vs. | **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |
| PENN TREATY NETWORK AMERICA INSURANCE COMPANY, and DOES 1 through 10, inclusive, | |
| Defendants. | |

Plaintiff Gloria McCarroll ("McCarroll") and Defendant Penn Treaty Network America Insurance Company ("Penn Treaty"), by and through their undersigned counsel, state as follows:

**IT IS HEREBY STIPULATED AND AGREED**, by and between McCarroll and Penn Treaty, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that this entire action and all claims made or that could have been made against Penn Treaty in this action are hereby dismissed with prejudice, with each party to bear her or its own costs, expenses and attorneys' fees.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: January 8, 2008              FLYNN, ROSE & PERKINS


                                    By _____/s/_____
                                        Gary S. Rose
                                        *Attorneys for Plaintiff*
                                        GLORIA MCCARROLL

Dated: January 8, 2008              KELLY, HERLIHY & KLEIN LLP


                                    By _____/s/_____
                                        Thomas M. Herlihy
                                        Laura E. Fannon
                                        *Attorneys for Defendant*
                                        PENN TREATY NETWORK
                                        AMERICA INSURANCE COMPANY

**DECLARATION RE CONCURRENCE OF SIGNATORIES**

**UNITED STATES DISTRICT COURT, N.D. CAL.**

**GENERAL ORDER 45**

The undersigned ECF filer hereby attests that concurrence in the filing of the foregoing document has been obtained from each of the other signatories whose signature is indicated by the notation "/s/ [name of signatory]."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 8, 2008                    /s/ Laura E. Fannon
                                          Laura E. Fannon