| | |
|---|---|
| 1 | KELLY, HERLIHY & KLEIN LLP |
| | Thomas M. Herlihy (SBN 836115) |
| 2 | E-mail: herlihy@kelher.com |
| | Laura E. Fannon (SBN 111500) |
| 3 | E-mail: fannon@kelher.com |
| | 44 Montgomery Street, Suite 2500 |
| 4 | San Francisco, CA 94104-4602 |
| | Telephone: (415) 951-0535 |
| 5 | Facsimile: (415) 391-7808 |

*Attorneys for Defendant*
PENN TREATY NETWORK AMERICA INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA McCARROLL, | No. 5:07-CV-05025-JF |
| Plaintiff, | Hon. Jeremy Fogel |
| vs. | **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |
| PENN TREATY NETWORK AMERICA INSURANCE COMPANY, and DOES 1 through 10, inclusive, | |
| Defendants. | |

Plaintiff Gloria McCarroll ("McCarroll") and Defendant Penn Treaty Network America Insurance Company ("Penn Treaty"), by and through their undersigned counsel, state as follows:

**IT IS HEREBY STIPULATED AND AGREED**, by and between McCarroll and Penn Treaty, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that this entire action and all claims made or that could have been made against Penn Treaty in this action are hereby dismissed with prejudice, with each party to bear her or its own costs, expenses and attorneys' fees.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: January 8, 2008            FLYNN, ROSE & PERKINS

                                  By _____/s/_____
                                       Gary S. Rose
                                       *Attorneys for Plaintiff*
                                       GLORIA MCCARROLL

Dated: January 8, 2008            KELLY, HERLIHY & KLEIN LLP

                                  By _____/s/_____
                                       Thomas M. Herlihy
                                       Laura E. Fannon
                                       *Attorneys for Defendant*
                                       PENN TREATY NETWORK
                                       AMERICA INSURANCE COMPANY

1/15/07    IT IS SO ORDERED.

                                       Judge Jeremy Fogel, US District Court

**DECLARATION RE CONCURRENCE OF SIGNATORIES**

**UNITED STATES DISTRICT COURT, N.D. CAL.**

**GENERAL ORDER 45**

The undersigned ECF filer hereby attests that concurrence in the filing of the foregoing document has been obtained from each of the other signatories whose signature is indicated by the notation "/s/ [name of signatory]."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 8, 2008                              /s/ Laura E. Fannon
                                                                    Laura E. Fannon